IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMAINE OCTAVIA WINTERS                                 PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:08cv1456-RHW

RICKY VENY and DOUGLAS SMITH                            DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 2nd day of November, 2009.

                                                        /s/ *Robert H. Walker*
                                                        ROBERT H. WALKER
                                                        UNITED STATES MAGISTRATE JUDGE