**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JERMAINE OCTAVIA WINTERS** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:08cv1456-RHW** |
| **RICKY VENY and DOUGLAS SMITH** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in [53] the Memorandum Opinion and Order entered by this Court on November 2, 2009, and the Supplemental Memorandum Opinion entered this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 10th day of June, 2010.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE